**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **GAUQUIE, JEROME JR**

Chapter 13 Case No. **06-30877**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| JEROME GAUQUIE, JR<br>2039 COUNTY HWY 13<br>LAKE BENTON, MN  56149 | DEBTOR<br>REFUND | | $2.20 |

**TOTAL TO CLERK'S FUND**                                            $2.20

**December 29, 2010**                         /s/ Kyle L Carlson
DATE                                          TRUSTEE

10 DEC 34 AM 10: 57
U.S. BANKRUPTCY COURT
ST. PAUL, MN